UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VALARIE MUNDIA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>*Acting Commissioner of Social Security,* )<br>      Defendant. )<br>) | **JUDGMENT**<br><br>Case No. 5:21-CV-78-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross Motions for Judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Plaintiff's Motion for Judgment on the Pleadings [DE-21], denies the Defendant's Motion for Judgment on the Pleadings [DE-24] and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings consistent with the court's order.

This judgment filed and entered on **March 28, 2022,** with electronic service upon:

**Derrick Arrowood-** *Counsel for Plaintiff*
**David Mervis-** *Counsel for Defendant*

                                          **PETER A. MOORE, JR.,**
                                          CLERK, U.S. DISTRICT COURT

DATE: March 28, 2022                    /s/ *Shelia Foell*
                                            (By): Shelia Foell, Deputy Clerk of Court