UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| VALARIE MUNDIA, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:21-CV-78-KS |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of* | ) | |
| *Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees.

    IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $5,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on June 23, 2022 with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Cassia Parson**
**David Mervis**
*Counsel for Defendant*

                                                      **PETER A. MOORE, JR.**
                                                      **CLERK, U.S. DISTRICT COURT**

June 23, 2022                                         /s/ *Shelia D. Foell*
                                                   (By): Shelia D. Foell, Deputy Clerk